

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2016

No. 04-16-00436-CV

**IN THE INTEREST OF G.T. AND D.M.T., CHILDREN**,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015PA01964
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The Texas Rules of Judicial Administration require this court to "ensure that the appeal is brought to final disposition . . . [w]ithin 180 days of the date the notice of appeal is filed." TEX. R. JUD. ADM. 6.2(a). This accelerated appeal from the termination of appellant's parental rights has been pending since the notice of appeal was filed in the trial court on July 5, 2016. Appellant's brief was originally due on August 15, 2016. On August 15, 2016, appointed counsel of record, Mr. Joseph Bohac, filed a motion requesting a twenty-day extension of time in which to file appellant's brief.

We GRANT the motion and Mr. Bohac is ORDERED to file appellant's brief no later than September 6, 2016. **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court